Order Filed on January 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor

Laura M. Egerman, Esq. (LE-8250)

In Re:

CURTIS PULLEN, SR.,

Debtor.

Case No.: 17-18320-CMG

Chapter 13

Hearing Date: October 4, 2017

Judge: Christine M. Gravelle

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 4, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: Curtis Pullen, Sr. and Eileen C. Sethman
Case No.: 17-18320-CMG
Caption of Order: **Consent Order Resolving Objection to Confirmation**

THIS MATTER having come before the Court on the Objection filed by Secured Creditor, CITBANK, N.A. FKA ONEWEST BANK, N.A., FKA ONEWEST BANK, FSB ("Secured Creditor") on real property address 65 Courtland Lane, Willingboro, NJ 08046, through its counsel RAS Citron, LLC and Steven N. Taieb, Esq., representing the debtor, Curtis Pullen, Sr., and good cause having been shown; it is

IT IS HEREBY ORDERED as follows:

1. This order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in the herein matter.

2. The amount to be paid to Secured Creditor for pre-petition arrears through the Chapter 13 Plan is $61,831.04, as set forth in Secured Creditor's Proof of Claim filed June 14, 2017 as Claim 1-1, subject to Debtor's right to object to the Proof of Claim.

3. Debtor shall apply to Secured Creditor for a Loan Modification within thirty (30) days of the date of this Order. In the event that any such mortgage modification or other consensual resolution is not available, the Debtor shall acknowledge the pre-petition arrearages as stated above. The Debtor shall have 30 days from the date of any final notification that a modification, etc. is not available to: 1) file an amended Chapter 13 Plan to cure the pre-petition arrearages and maintain post-petition payments, or 2) to convert the Chapter 13 petition to on under a Chapter 7 petition, or 3) surrender the property.

4. The Trustee shall not make payments to Secured Creditor pending the completion of the Loss Mitigation process.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Steven N. Taieb, Esquire
*Attorney for Debtor*

_____
Laura M. Egerman, Esq.
*Attorney for Secured Creditor*