Order Filed on January 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor

Laura M. Egerman, Esq. (LE-8250)

In Re:

CURTIS PULLEN, SR.,

Debtor.

Case No.: 17-18320-CMG

Chapter 13

Hearing Date: October 4, 2017

Judge: Christine M. Gravelle

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 4, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: Curtis Pullen, Sr. and Eileen C. Sethman
Case No.: 17-18320-CMG
Caption of Order: **Consent Order Resolving Objection to Confirmation**

THIS MATTER having come before the Court on the Objection filed by Secured Creditor, CITBANK, N.A. FKA ONEWEST BANK, N.A., FKA ONEWEST BANK, FSB ("Secured Creditor") on real property address 65 Courtland Lane, Willingboro, NJ 08046, through its counsel RAS Citron, LLC and Steven N. Taieb, Esq., representing the debtor, Curtis Pullen, Sr., and good cause having been shown; it is

IT IS HEREBY ORDERED as follows:

1. This order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in the herein matter.

2. The amount to be paid to Secured Creditor for pre-petition arrears through the Chapter 13 Plan is $61,831.04, as set forth in Secured Creditor's Proof of Claim filed June 14, 2017 as Claim 1-1, subject to Debtor's right to object to the Proof of Claim.

3. Debtor shall apply to Secured Creditor for a Loan Modification within thirty (30) days of the date of this Order. In the event that any such mortgage modification or other consensual resolution is not available, the Debtor shall acknowledge the pre-petition arrearages as stated above. The Debtor shall have 30 days from the date of any final notification that a modification, etc. is not available to: 1) file an amended Chapter 13 Plan to cure the pre-petition arrearages and maintain post-petition payments, or 2) to convert the Chapter 13 petition to on under a Chapter 7 petition, or 3) surrender the property.

4. The Trustee shall not make payments to Secured Creditor pending the completion of the Loss Mitigation process.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Steven N. Taieb, Esquire
*Attorney for Debtor*

_____
Laura M. Egetman, Esq.
*Attorney for Secured Creditor*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-18320-CMG
Curtis J. Pullen, Sr.                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 04, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2018.
db            +Curtis J. Pullen, Sr.,    65 Courtland Lane,    Willingboro, NJ 08046-3419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   CIT Bank, N.A., fka One West Bank, N.A., fka One West
               Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor   CIT Bank, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Steven N. Taieb    on behalf of Debtor Curtis J. Pullen, Sr. staieb@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5