Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re  Curtis J. Pullen, Sr.        ,    Case No.  17-18320

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  1   (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on          6/27/2018         .

| CIT Bank, N.A., fka OneWest Bank, N.A | CIT Bank, N.A. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor:<br>fka OneWest Bank, FSB<br>P.O. Box 9013<br>Addison, Texas 75001 | Address of Transferee:<br>c/o LoanCare, LLC<br>3637 Sentara Way<br>Virginia Beach, VA 23452 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 7/10/2018                         Jeanne A. Naughton
                                        **CLERK OF THE COURT**