Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                     Case No.:  17−18320−CMG
                     Chapter:  13
                     Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Curtis J. Pullen Sr.
   65 Courtland Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−1804

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on June 7, 2018.

   On 1/23/19 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                 February 20, 2019
Time:                10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 28, 2019
JAN: amg

                                                              Jeanne Naughton
                                                               Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-18320-CMG
Curtis J. Pullen, Sr.                                           Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 1           Date Rcvd: Jan 28, 2019
                              Form ID: 185               Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2019.
db            +Curtis J. Pullen, Sr.,    65 Courtland Lane,     Willingboro, NJ 08046-3419
cr            +CIT Bank, N.A.,    Robertson, Anschutz & Schneid, P.L.,     6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487,    UNITED STATES 33487-2853
516785387      Apex Asset Management,     2501 Oregon Pk Ste 102,    Lancaster, Pennsylvania 17601-4890
517033254     +Apex Asset Management, LLC,     Lourdes Medical Associates LMA,    PO Box 5407,
                Lancaster, PA 17606-5407
517615498     +CIT Bank, N.A.,   c/o LoanCare, LLC,     3637 Sentara Way,    Virginia Beach, Virginia 23452-4262
517615499     +CIT Bank, N.A.,   c/o LoanCare, LLC,     3637 Sentara Way,    Virginia Beach, Virginia 23452,
                CIT Bank, N.A.,    c/o LoanCare, LLC 23452-4262
516881363     +CIT Bank, N.A., fka OneWest Bank, N.A.,,    fka OneWest Bank, FSB,     P.O. Box 9013,
                Addison, Texas 75001-9013
516785388     +City Select Auto Sales,    4375 Route 130 S.,    Burlington, New Jersey 08016-2249
516785389     +Fedloan Servicing Credit,    PO Box 60610,    Harrisburg, PA 17106-0610
516785390     +First Federal Credit Control,    24700 Chagrin Blvd.,    Cleveland, OH 44122-5662
516785391      McCabe, Weisberg & Conway, PC,    216 Haddon Avenue,    Westmont, New Jersey 08108
516785393     +Trojan Professional Services,    PO Box 1270,    Los Alamitos, CA 90720-1270
517114099      US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2019 00:36:36      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2019 00:36:33      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516785392      E-mail/Text: EBN_Notifications@OWB.com Jan 29 2019 00:36:29      OneWest Bank,
                6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517192068*    +CIT Bank, N.A., fka OneWest Bank, N.A.,,    fka OneWest Bank, FSB,    P.O. Box 9013,
                Addison, Texas 75001-9013
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2019 at the address(es) listed below:
              Albert Russo   docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   CIT Bank, N.A., fka One West Bank, N.A., fka One West
               Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francis T. Tarlecki    on behalf of Creditor   CIT Bank, N.A., fka One West Bank, N.A., fka One
               West Bank, FSB Njecfmail@mwc-law.com,    ftarlecki.kashlaw@gmail.com
              Laura M. Egerman    on behalf of Creditor   CIT Bank, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Melissa S DiCerbo    on behalf of Creditor   CIT Bank, N.A. nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Steven N. Taieb    on behalf of Debtor Curtis J. Pullen, Sr. staieb@comcast.net
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```