| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC**<br>By: Francis T. Tarlecki, Esq. (Atty. I.D.#FTT1433)<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ 08108<br>856-858-7080<br>Attorneys for Movant: CIT Bank, N.A. f/k/a One West Bank, N.A. f/k/a One West Bank, FSB | Order Filed on February 8, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN re:<br><br>Curtis J. Pullen, Sr.<br>    Debtor/Respondent<br><br>Marquise Pullen<br>Gwendolyn Pullen<br>    Co-Debtors/Respondent | Case No.: 17-18320-CMG<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: February 8, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): Curtis J. Pullen, Sr.
Co-Debtor(s): Marquise Pullen & Gwendolyn Pullen
Case No: 17-18320-CMG
Caption of Order:  ORDER VACATING STAY

---

Upon the Certification of Default filed by CIT Bank, N.A. f/k/a One West Bank, N.A. f/k/a One West Bank, FSB, or its successors or assignees, and for cause shown, it is

ORDERED that the automatic stay and Co-Debtor stay are vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

☒    Real property more fully described as:

65 Courtland Lane, Willingboro, New Jersey 08046

ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property.

☐    Personal property more fully described as:

It is further ORDERED that the movant may join the Debtor, Co-Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, Co-Debtor, any Trustee and any other party who entered an appearance on the motion.