| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| McCABE, WEISBERG & CONWAY, LLC<br>By: Francis T. Tarlecki, Esq. (Atty. I.D.#FTT1433)<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ 08108<br>856-858-7080<br>Attorneys for Movant: CIT Bank, N.A. f/k/a One West Bank, N.A. f/k/a One West Bank, FSB | Order Filed on February 8, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN re:<br><br>Curtis J. Pullen, Sr.<br>    Debtor/Respondent<br><br>Marquise Pullen<br>Gwendolyn Pullen<br>    Co-Debtors/Respondent | Case No.: 17-18320-CMG<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

DATED: February 8, 2019

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): Curtis J. Pullen, Sr.
Co-Debtor(s): Marquise Pullen & Gwendolyn Pullen
Case No: 17-18320-CMG
Caption of Order: ORDER VACATING STAY

---

Upon the Certification of Default filed by CIT Bank, N.A. f/k/a One West Bank, N.A. f/k/a One West Bank, FSB, or its successors or assignees, and for cause shown, it is

ORDERED that the automatic stay and Co-Debtor stay are vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

☒ Real property more fully described as:

65 Courtland Lane, Willingboro, New Jersey 08046

ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the Debtor, Co-Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, Co-Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-18320-CMG
Curtis J. Pullen, Sr.                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 11, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2019.
db             +Curtis J. Pullen, Sr.,   65 Courtland Lane,   Willingboro, NJ 08046-3419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2019 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West
       Bank, FSB dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Francis T. Tarlecki    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One
       West Bank, FSB Njecfmail@mwc-law.com,   ftarlecki.kashlaw@gmail.com
      Laura M. Egerman    on behalf of Creditor    CIT Bank, N.A. bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      Melissa S DiCerbo    on behalf of Creditor    CIT Bank, N.A. nj-ecfmail@mwc-law.com,
       nj-ecfmail@ecf.courtdrive.com
      Steven N. Taieb    on behalf of Debtor Curtis J. Pullen, Sr. staieb@comcast.net
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                             TOTAL: 7