Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.:  17−18320−CMG
                          Chapter:  13
                          Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Curtis J. Pullen Sr.
   65 Courtland Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−1804

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/21/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 21, 2019
JAN: bwj

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-18320-CMG
Curtis J. Pullen, Sr.                                                   Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 21, 2019
                              Form ID: 148             Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db           +Curtis J. Pullen, Sr.,    65 Courtland Lane,    Willingboro, NJ 08046-3419
cr           +CIT Bank, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487,    UNITED STATES 33487-2853
516785387     Apex Asset Management,    2501 Oregon Pk Ste 102,    Lancaster, Pennsylvania 17601-4890
517033254    +Apex Asset Management, LLC,    Lourdes Medical Associates LMA,    PO Box 5407,
               Lancaster, PA 17606-5407
517615498    +CIT Bank, N.A.,    c/o LoanCare, LLC,    3637 Sentara Way,    Virginia Beach, Virginia 23452-4262
517615499    +CIT Bank, N.A.,    c/o LoanCare, LLC,    3637 Sentara Way,    Virginia Beach, Virginia 23452,
               CIT Bank, N.A.,    c/o LoanCare, LLC 23452-4262
516881363    +CIT Bank, N.A., fka OneWest Bank, N.A.,,   fka OneWest Bank, FSB,    P.O. Box 9013,
               Addison, Texas 75001-9013
516785388    +City Select Auto Sales,    4375 Route 130 S.,    Burlington, New Jersey 08016-2249
516785389    +Fedloan Servicing Credit,    PO Box 69184,    Harrisburg, PA 17106-0610
516785390    +First Federal Credit Control,    24700 Chagrin Blvd.,    Cleveland, OH 44122-5662
516785391     McCabe, Weisberg & Conway, PC,    216 Haddon Avenue,    Westmont, New Jersey 08108
516785393    +Trojan Professional Services,    PO Box 1270,    Los Alamitos, CA 90720-1270
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 21 2019 23:46:17      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 21 2019 23:46:16      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516785392     E-mail/Text: EBN_Notifications@OWB.com Mar 21 2019 23:46:12      OneWest Bank,
               6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
517114099     EDI: ECMC.COM Mar 22 2019 03:08:00      US Department of Education,    P O Box 16448,
               Saint Paul MN 55116-0448
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517192068*   +CIT Bank, N.A., fka OneWest Bank, N.A.,,   fka OneWest Bank, FSB,    P.O. Box 9013,
               Addison, Texas 75001-9013
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   CIT Bank, N.A., fka One West Bank, N.A., fka One West
               Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francis T. Tarlecki    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One
               West Bank, FSB Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com
              Laura M. Egerman    on behalf of Creditor   CIT Bank, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Melissa S DiCerbo    on behalf of Creditor   CIT Bank, N.A. nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Steven N. Taieb    on behalf of Debtor Curtis J. Pullen, Sr. staieb@comcast.net, sntgale@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```